IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN McCLELLAN, )<br>)<br>*Defendant*. )<br>_____ ) | Criminal No. 1:15CR182 |

## RESTITUTION ORDER

1. Pursuant to 18 U.S.C §§ 2259 and 3663(a)(3), the defendant is ordered to pay restitution in the amount of **$9,000.00**.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The victims' names, addresses, and the victims' respective total loss amounts are listed in Attachment A to this Restitution Order.

4. Interest is waived.

5. Notwithstanding any other provision of this Restitution Order, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $100.00 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

11. The Clerk of Court shall distribute the funds to the victims on a pro rata basis. The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00.

/s/
Gerald Bruce Lee
United States District Judge

Honorable Gerald Bruce Lee
United States District Judge

ENTERED this ___ day of _____, 2015.

at Alexandria, Virginia

WE ASK FOR THIS:

Dana J. Boente
United States Attorney

Whitney D. Russell
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone -703-299-3700
Facsimile -703-299-3981
E-Mail – whitney.russell@usdoj.gov

SEEN AND AGREED:

John McClellan
Defendant

Mark J. Petrovich
Counsel for Defendant
10605 Judicial Drive
Suite A-5
Fairfax, Virginia 22030
Telephone - 703-934-9191
Facsimile -703-934-1004
E-Mail – mp@pw-lawfirm.com

## ATTACHMENT A TO RESTITUTION ORDER

| Victim: | Loss Amount: |
|---|---|
| Lenahan Law, P.L.L.C., F/B/O "Angela" 2655 Villa Creek, Suite 222 Dallas, Texas 75234 | $3,000.00 |
| Carol L. Hepburn in Trust for "Vicky" 200 First Avenue West, Suite 550 Seattle, Washington 98119 | $3,000.00 |
| Carol L. Hepburn in Trust for "Sarah/Marineland" 200 First Avenue West, Suite 550 Seattle, Washington 98119 | $3,000.00 |
| Total due from defendant: | $9,000.00 |

3